# GISKAN SOLOTAROFF & ANDERSON LLP
## Attorneys at Law

May 3, 2021

**BY ECF**
Hon. Jesse Furman
United States District Judge
United States District Court
Southern District of New York
40 Centre Street, New York, NY 10007

      Re:  Rivera-Colon v. Eliseo et al
         Case No. 1:21-cv-1667 (CS)(AEK)

Your Honor:

  I am the attorney for Plaintiff Hector Rivera-Colon. I write to request that the Court extend the deadline for Plaintiff to file a motion for a default judgment from May 3, 2021 until May 10, 2021.

  The basis of the request is that I have been in contact with an attorney, Constantine Bardis, who has indicated that he will be representing Defendants in this matter. Mr. Bardis first contacted me on April 29, 2021. Since Mr. Bardis was unaware of the Court's April 12, 2021 order, I had my office staff email it to him. I expected that Mr. Bardis would enter an appearance and make the necessary application by today's deadline. However, I received a call from Mr. Bardis today saying that he had not received the email. I immediately resent it but informed Mr. Bardis that as a courtesy, I would request the Court to extend the time for Plaintiff to file a default judgment which would provide him with additional time to enter an appearance and request additional time to respond to the complaint. Granting the extension would be in Plaintiff's interest as well, given that Mr. Bardis indicated he would accept service on Mr. Eliseo, who has been difficult to serve, as well as in the interest of the Court and parties in an efficient resolution of this matter on the merits.

  I do not believe that it is necessary to adjourn the May 20, 2021 conference but if the Court believes otherwise, I am available at the Court's convenience.

  Thank you for your attention to this matter.

Application GRANTED. The Clerk of
Court is directed to terminate ECF No. 10.
SO ORDERED.

*[signature]*

May 3, 2021

                Very truly yours,

                /s

                Jason L. Solotaroff

90 Broad Street 10th Floor | New York, New York 10004

cc: Constantine Bardes, Esq. (by email)