UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                                :
HECTOR RIVERA-COLON,                                            :
                                                                :
                            Plaintiff,                          :      21-CV-1667 (JMF)
                                                                :
            -v-                                                 :      ORDER
                                                                :
ROBERT ELISEO, et al.,                                          :
                                                                :
                            Defendants.                         :
                                                                :
---------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      An April 12, 2021, the Court entered an Order Scheduling Default Judgment Briefing and Show Cause Hearing with respect to Defendant J. Wild Beverage Corp. ECF No. 8. The order directed the parties to treat the default judgment hearing as the initial pretrial conference in the event that J. Wild Beverage Corp. appeared. Counsel entered on appearance on behalf of Defendants Robert Eliseo and J. Wild Beverage Corp. on May 6, 2021. ECF No. 12. Accordingly, the parties shall treat the May 20, 2021 proceeding as the initial pretrial conference with respect to all parties.

      In light of the COVID-19 situation, the Court will not hold the upcoming conference in this case in person. Counsel should submit their proposed case management plan and joint letter by the Thursday prior to the conference, as directed in the Court's earlier Scheduling Order. In their joint letter, the parties should also indicate whether they can do without a conference altogether. If so, the Court may enter a case management plan and scheduling order and the parties need not appear. If not, the Court will hold the initial conference by telephone, albeit perhaps at a different time. To that end, counsel should indicate in their joint letter dates and times during the week of the conference that they would be available for a telephone conference. In either case, counsel should review and comply with the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://nysd.uscourts.gov/hon-jesse-m-furman.

      SO ORDERED.

Dated: May 10, 2021
      New York, New York
                                                   JESSE M. FURMAN
                                                 United States District Judge