# RAYMOND NARDO, P.C.

Attorney At Law

129 third street, mineola, ny 11501

Phone: (516)248-2121 | Fax: (516)742-7675 | Email **Raymondnardo@gmail.com**

June 15, 2021

**Via ECF**

The Honorable Sara L. Cave
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    *Rivera-Colon v. Eliseo. et. al.*
            21-CV-01667 (JMF)

Dear Judge Cave:

I represent the Defendants in the above matter. Due to the death and funeral of my client's mother, the parties jointly request to adjourn the mediation scheduled for June 17, 2021 until June 25, 2021.

Thank you for your consideration.

Respectfully submitted,

_____
RAYMOND NARDO, ESQ.

---

Defendants' letter-motion requesting an adjournment of the June 17, 2021 settlement conference (ECF No. 23) is GRANTED, and the settlement conference is ADJOURNED to **Friday, June 25, 2021 at 10:00 am** on the Court's conference line. The parties are directed to call the Court's conference line at 866-390-1828; access code: 380-9799, at the scheduled time.

The terms of the Settlement Conference Scheduling Order (ECF No. 21) are incorporated by reference.

The Clerk of Court is respectfully directed to close ECF No. 23, and to set this conference as a settlement conference even though it will take place by telephone.

SO ORDERED 6/15/2021

_____
SARAH L. CAVE
United States Magistrate Judge