UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
HECTOR RIVERA-COLON, :
:
Plaintiff, :
: 21-CV-1667 (JMF)
-v- :
: ORDER
ROBERT ELISEO, et al., :
Defendants. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

     Pursuant to the Court's July 1, 2021, Order, ECF No. 26, the parties were required to file their settlement agreement along with a joint letter explaining the basis for the proposed settlement and why it should be approved as fair and reasonable and/or a form indicating the parties' consent to proceed in front of Magistrate Judge Cave for all purposes no later than July 15, 2021. To date, the parties have not filed the required materials. As a courtesy, the parties' deadline is hereby EXTENDED, *nunc pro tunc*, to **July 23, 2021**.

     SO ORDERED.

Dated: July 16, 2021
       New York, New York

_____
JESSE M. FURMAN
United States District Judge