# GISKAN SOLOTAROFF & ANDERSON LLP
## Attorneys at Law

August 10, 2021

**BY ECF**
Hon. Sarah L. Cave
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

                Re:    Rivera-Colon v. Eliseo et al.
                     Case No. 1:21-cv-1667 (CS)(AEK)

Your Honor:

    I am the attorney for Plaintiff Hector Rivera-Colon and write, with the consent of defense counsel, for a two-week extension of the August 11, 2021 deadline for the parties to seek approval of the settlement.

    The basis of the request is that certain of the documents the Court requires to be submitted require the involvement of my firm's paralegal, who is on vacation this week. In addition, I recently learned that Mr. Rivera-Colon does not have access to technology that would allow him to execute the settlement agreement remotely. Accordingly, I need to meet with Mr. Rivera-Colon personally which cannot happen until next week.

    Thank you for your attention to this matter.

Very truly yours,

/s

Jason L. Solotaroff

---

Plaintiff's letter-motion requesting an extension of time for the parties to submit their <u>Cheeks</u> submission for the Court's review (the "Cheeks Submission") (ECF No. 33) is GRANTED. The parties shall submit the Cheeks Submission by **Wednesday, August 25, 2021**.

The Clerk of Court is respectfully directed to close ECF No. 33.

SO ORDERED 8/11/2021

*/s/ Sarah L. Cave*
SARAH L. CAVE
United States Magistrate Judge